# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139537 (70)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

MARCO ANTONIO HERCULES-LOPEZ,
      Defendant-Appellee/
      Cross-Appellant.

_____

SC: 139537
COA: 280887
Kent CC: 06-000220-FC

On order of the Chief Justice, the motion by defendant-appellant for extension to January 26, 2010 of the time for filing his supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 11, 2010

_____
Clerk